**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JEMMY LEE STURGIS,

                         Plaintiff,

       - against -


SGT. "LEN LOE," LT. PATRICK BOYLE
(L-98), CO MICHAEL DEROSA (BADGE
#1259),

                     Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV-13-2125 (SJF)(GRB)

FILED
CLERK

5/7/2014 4:20 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been

filed on May 6, 2014, accepting in its entirety the April 3, 2014 Report and Recommendation of

Magistrate Judge Gary R. Brown, dismissing this action in its entirety with prejudice pursuant to

Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with

orders of the court, directing the Clerk of Court to enter judgment against the plaintiff and to close

this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that this case is

dismissed in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure for failure to prosecute and to comply with orders of the court; that this case is hereby

closed; and that *in forma pauperis* status for the purpose of any appeal is denied.


 Dated:  Central Islip, New York
        May 7, 2014

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

                    By:    /s/ Catherine Vukovich
                              Deputy Clerk